UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CLIFFORD J. PEARSON, Jr., as Legal Guardian And Next Friend of MP, A Minor, Plaintiff, | ) ) ) ) | |
| vs. | ) ) | 1:05-cv-1362-SEB-VSS |
| FORD MOTOR COMPANY, Defendant. | ) ) ) | |

## JUDGMENT

The Court, having this day granted Defendant's Motion to Dismiss,

**IT IS NOW ADJUDGED** that this cause of action be, and the same is

**DISMISSED WITH PREJUDICE**.  IT IS SO ORDERED.

Date: _11/16/2005_

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copy to:

W. Scott Montross
TOWNSEND & MONTROSS
townsendmontross@aol.com

Kevin C. Schiferl
LOCKE REYNOLDS LLP
kschiferl@locke.com

Robert B. Thornburg
LOCKE REYNOLDS LLP
rthornburg@locke.com

C. Tab Turner
TURNER & ASSOCIATES
tab@tturner.com

Jerry M. White
TURNER & ASSOCIATES P.A.
jerry@tturner.com